CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
01/17/2020

JULIA C. DUDLEY, CLERK
BY: s/ A. Beeson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TIMOTHY MASON KIMBLE, | ) Case No.: 7:19-CV-63 |
| Plaintiff, | ) |
| v. | ) |
| COUNTY OF CRAIG, VIRGINIA, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendants. | ) |

### ORDER OF DISMISSAL

The plaintiff has notified the court that, by agreement of the parties and pursuant to Rule 41(a)(1)(A)(ii), it moves to dismiss this action without prejudice. Accordingly, it is **ORDERED** that this action be, and hereby is, dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing her/its own attorney's fees and costs. The Court of the Clerk is **DIRECTED** to close this file.

It is so **ORDERED**.

Dated: January 16, 2020

Entered: January 16, 2020

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge